## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. SA CV 21-01275-DOC-(JDEx)                    Date: December 7, 2021

Title: Purple Mountain Holdings, Inc., et al. v. Claiborne Tanner, et al.

PRESENT: THE HONORABLE DAVID O. CARTER, JUDGE

| Kelly Davis | Court Smart |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Jacqueline Vinaccia | Paul Marks |

**PROCEEDINGS: SCHEDULING CONFERENCE AND MOTION HEARING**

Court and counsel confer. The Court hears argument on the Motion to Remand. The Court GRANTS the Motion to Remand [15]. The Scheduling Conference is not held and is vacated by the Court. The Court's Order will issue.

Time: 10/10

Initials of Deputy Clerk: kd

MINUTES FORM 11
CIVIL-GEN